IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| *In re Subpoena to* <br><br> VANTIVA USA LLC, <br><br>    *Respondent,* <br><br>    *v.* <br><br> ENTROPIC COMMUNICATIONS, LLC <br><br>    *Movant.* | MISCELLANEOUS ACTION NO. <br> 1:23-mi-00071-WMR-RDC |
| ENTROPIC COMMUNICATIONS, LLC, <br><br>    *Plaintiff,* <br><br>    *v.* <br><br> CHARTER COMMUNICATIONS, INC., SPECTRUM ADVANCED SERVICES, LLC; AND SPECTRUM MANAGEMENT HOLDING COMPANY, LLC, <br><br>    *Defendants.* | CIVIL ACTION NO. <br> 2:22-cv-00125-JRG <br> (Eastern District of Texas) |

**MOVANT ENTROPIC COMMUNICATIONS, LLC'S
CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

1

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.3, NDGa., Movant Entropic Communications, LLC ("Entropic"), submits its Certificate of Interested Persons and Corporate Disclosure Statement:

1. The undersigned counsel of record for Entropic certifies that the following is a full and complete list of all parties in the action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Entropic Communications, LLC
- Entropic Holdings, LLC, as parent of Entropic
- Vantiva USA LLC

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- Charter Communications, Inc.
- Spectrum Advanced Services, LLC
- Spectrum Management Holding Company, LLC

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

<u>For Entropic</u>:

Ketajh Brown
(to be admitted *pro hac vice*)

**K&L G<span>ATES</span> LLP**
70 W. Madison Street
Suite 3300
Chicago, IL 60202
312-372-1121
ketajh.brown@klgates.com

John L. Lyon
(Ga Bar No. 833001)

**T<span>HOMAS</span> | H<span>ORSTEMEYER</span> LLP**
3200 Windy Hill Road SE Suite 1600E
Atlanta, GA 30339
Phone: (770) 933-9500
Fax: (770) 951-0933
j.lyon@thip.law

Dated: July 27, 2023

Respectfully submitted,

/s/ *John L. Lyon*
Ketajh Brown
(to be admitted *pro hac vice*)

**K&L GATES LLP**
70 W. Madison Street
Suite 3300
Chicago, IL 60202
312-372-1121
ketajh.brown@klgates.com

John L. Lyon
(Ga Bar No. 833001)

**THOMAS | HORSTEMEYER LLP**
3200 Windy Hill Road SE
Suite 1600E
Atlanta, GA 30339
Phone: (770) 933-9500
Fax: (770) 951-0933
j.lyon@thip.law

*Attorneys for Movant*
*Entropic Communications, LLC*