IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| *In re Subpoena to*<br><br>VANTIVA USA LLC,<br><br>　*Respondent,*<br><br>　*v.*<br><br>ENTROPIC COMMUNICATIONS, LLC<br><br>　*Movant.* | MISCELLANEOUS ACTION NO.<br>1:23-mi-00071-WMR-RDC |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　*Plaintiff*,<br><br>　*v.*<br><br>CHARTER COMMUNICATIONS, INC.,<br>SPECTRUM ADVANCED SERVICES, LLC;<br>AND SPECTRUM MANAGEMENT HOLDING<br>COMPANY, LLC,<br><br>　*Defendants.* | CIVIL ACTION NO.<br>2:22-cv-00125-JRG<br>(Eastern District of Texas) |

**CERTIFICATE OF SERVICE**

1

I hereby certify that on July 21, 2023, I electronically filed *Petitioner Entropic Communications, LLC's Motion to Compel Compliance with a Subpoena Duces Tecum and Subpoena ad Testificandum to Non-Party Vantiva USA, LLC*, with the Clerk of Court using the CM/ECF system. I hereby certify that service has been effected by emailing the document to the following non-CM/ECF participants, with consent, as shown in the attached document:

Daniel Huynh

**MORRIS, MANNING & MARTIN LLP**
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326
dhuynh@mmmlaw.com

Dated: August 1, 2023

Respectfully submitted,

/s/ *John L. Lyon*
Ketajh Brown
(to be admitted *pro hac vice*)

**K&L GATES LLP**
70 W. Madison Street Suite 3300
Chicago, IL 60202
312-372-1121
ketajh.brown@klgates.com

John L. Lyon
(Ga Bar No. 833001)

**THOMAS | HORSTEMEYER LLP**
3200 Windy Hill Rd. SE Suite 1600E
Atlanta, GA 30339
Phone: (770) 933-9500
Fax: (770) 951-0933
j.lyon@thip.law

*Attorneys for Movant*
*Entropic Communications, LLC*

**Certificate of Service**

I hereby certify that on August 1, 2023, I electronically filed the foregoing *Certificate of Service* with the Clerk of Court using the CM/ECF system.

I hereby certify that I have emailed the document to the following non-CM/ECF participants, with consent pursuant to Rule 5(b)(2)(E):

Daniel Huynh

**MORRIS, MANNING & MARTIN LLP**
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326
dhuynh@mmmlaw.com

*Attorney for Respondent*
*Vantiva USA LLC*

/s/ *John L. Lyon*

John L. Lyon
(Ga Bar No. 833001)

**THOMAS | HORSTEMEYER LLP**
3200 Windy Hill Rd. SE Suite 1600E
Atlanta, GA 30339
Phone: (770) 933-9500
Fax: (770) 951-0933
j.lyon@thip.law

*Attorney for Movant*
*Entropic Communications, LLC*