| | |
|---|---|
| **From:** | Daniel Huynh |
| **To:** | Brown, Ketajh M. |
| **Cc:** | EntropicKLG; John Lyon; Charles Landrum; Shimota, Jim A.; Lauren Dugas; Brianna Lucas |
| **Subject:** | RE: Entropic v. Charter - In re Subpoenas to Vantiva USA LLC, Case No. 1:23-mi-00071-WMR-RDC (N.D. Ga.) |
| **Date:** | Tuesday, August 1, 2023 8:23:29 PM |

> **Caution:** This email originated from outside our organization. Do not click links or open attachments unless you recognize the sender and know that content is safe.

This looks fine except for one change. My law firm is Morris, Manning & Martin LLP and not K&L Gates LLP.

-Dan



**Daniel Huynh** (he/him/his)
Partner

Direct: 404-495-3608
dhuynh@mmmlaw.com
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326

mmmlaw.com



This email message and its attachments are for the sole use of the designated recipient(s). They may contain confidential information, legally privileged information or other information subject to legal restrictions. If you are not a designated recipient of this message, please do not read, copy, use or disclose this message or its attachments, notify the sender by replying to this message and delete or destroy all copies of this message and attachments in all media. Thank you.

**From:** Brown, Ketajh M. <Ketajh.Brown@klgates.com>
**Sent:** Tuesday, August 1, 2023 6:08 PM
**To:** Daniel Huynh <dhuynh@mmmlaw.com>
**Cc:** EntropicKLG <EntropicKLG@klgates.com>; John Lyon <j.lyon@thip.law>; Charles Landrum <c.landrum@thip.law>; Shimota, Jim A. <Jim.Shimota@klgates.com>; Lauren Dugas <ldugas@mmmlaw.com>; Brianna Lucas <blucas@mmmlaw.com>
**Subject:** RE: Entropic v. Charter - In re Subpoenas to Vantiva USA LLC, Case No. 1:23-mi-00071-WMR-RDC (N.D. Ga.)

**CAUTION:** External email, exercise caution.

Dan,

FYI, we intend on filing the attached certificate of service and below email chain as proof of service in regard to Entropic's Motion to Compel Vantiva. On a related note, please advise if you are willing to accept service of all documents via email pursuant to Fed. R. Civ. P. 5(b)(2)(E).

Thank you,

**Ketajh Brown**
Associate
K&L Gates LLP
70 W Madison Street
Suite 3100
Chicago IL 60602
Phone: +.312.807.4328
ketajh.brown@klgates.com
www.klgates.com

**From:** Daniel Huynh <dhuynh@mmmlaw.com>
**Sent:** Monday, July 31, 2023 3:01 PM
**To:** Brown, Ketajh M. <Ketajh.Brown@klgates.com>
**Cc:** EntropicKLG <EntropicKLG@klgates.com>; John Lyon <j.lyon@thip.law>; Charles Landrum <c.landrum@thip.law>; Shimota, Jim A. <Jim.Shimota@klgates.com>; Lauren Dugas <ldugas@mmmlaw.com>; Brianna Lucas <blucas@mmmlaw.com>
**Subject:** RE: Entropic v. Charter - In re Subpoenas to Vantiva USA LLC, Case No. 1:23-mi-00071-WMR-RDC (N.D. Ga.)


Thanks. I just got off a call with the client and I'm now authorized to accept service. I'm available Wednesday afternoon for a call between 1-4 ET.

-Dan



**Daniel Huynh** (he/him/his)
Partner

Direct: 404-495-3608
dhuynh@mmmlaw.com
1600 Atlanta Financial Center
3343 Peachtree Road, NE
**mmmlaw.com**  Atlanta, GA 30326




This email message and its attachments are for the sole use of the designated recipient(s). They may contain confidential information, legally privileged information or other information subject to legal restrictions. If you are not a designated recipient of this message, please do not read, copy, use or disclose this message or its attachments, notify the sender by replying to this message and delete or destroy all copies of this message and attachments in all media. Thank you.

**From:** Brown, Ketajh M. <Ketajh.Brown@klgates.com>
**Sent:** Monday, July 31, 2023 3:32 PM

**To:** Daniel Huynh <dhuynh@mmmlaw.com>
**Cc:** EntropicKLG <EntropicKLG@klgates.com>; John Lyon <j.lyon@thip.law>; Charles Landrum <c.landrum@thip.law>; Shimota, Jim A. <Jim.Shimota@klgates.com>
**Subject:** RE: Entropic v. Charter - In re Subpoenas to Vantiva USA LLC, Case No. 1:23-mi-00071-WMR-RDC (N.D. Ga.)

**CAUTION:** External email, exercise caution.

Dan,

Following up in regard to whether Vantiva will accept service of Entropic's Motion to Compel, or whether Entropic will need to proceed with personal service. Also, please advise on a time this Tuesday or Wednesday to discuss the Motion to Compel more substantively per your below request.

Thank you,

**Ketajh Brown**
Associate
K&L Gates LLP
70 W Madison Street
Suite 3100
Chicago IL 60602
Phone: +.312.807.4328
ketajh.brown@klgates.com
www.klgates.com

---

**From:** Shimota, Jim A. <Jim.Shimota@klgates.com>
**Sent:** Friday, July 28, 2023 10:21 AM
**To:** Daniel Huynh <dhuynh@mmmlaw.com>; Brown, Ketajh M. <Ketajh.Brown@klgates.com>
**Cc:** EntropicKLG <EntropicKLG@klgates.com>; John Lyon <j.lyon@thip.law>; Charles Landrum <c.landrum@thip.law>
**Subject:** RE: Entropic v. Charter - In re Subpoenas to Vantiva USA LLC, Case No. 1:23-mi-00071-WMR-RDC (N.D. Ga.)

Dan, I can be available on Tuesday or Wednesday to talk with you. Please propose a time. Thanks

---

**From:** Daniel Huynh <dhuynh@mmmlaw.com>
**Sent:** Friday, July 28, 2023 9:04 AM
**To:** Brown, Ketajh M. <Ketajh.Brown@klgates.com>
**Cc:** EntropicKLG <EntropicKLG@klgates.com>; John Lyon <j.lyon@thip.law>; Charles Landrum <c.landrum@thip.law>
**Subject:** RE: Entropic v. Charter - In re Subpoenas to Vantiva USA LLC, Case No. 1:23-mi-00071-WMR-RDC (N.D. Ga.)

Ketajh,

I've asked my client if I'm able to accept service. Are you available Tuesday/Wednesday next week to discuss Entropic's motion more substantively? I'm generally available.

Regards,
Dan



**Daniel Huynh** (he/him/his)
Partner

Direct: 404-495-3608
dhuynh@mmmlaw.com
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326

mmmlaw.com

This email message and its attachments are for the sole use of the designated recipient(s). They may contain confidential information, legally privileged information or other information subject to legal restrictions. If you are not a designated recipient of this message, please do not read, copy, use or disclose this message or its attachments, notify the sender by replying to this message and delete or destroy all copies of this message and attachments in all media. Thank you.

---

**From:** Brown, Ketajh M. <Ketajh.Brown@klgates.com>
**Sent:** Thursday, July 27, 2023 2:13 PM
**To:** Daniel Huynh <dhuynh@mmmlaw.com>
**Cc:** EntropicKLG <EntropicKLG@klgates.com>; John Lyon <j.lyon@thip.law>; Charles Landrum <c.landrum@thip.law>
**Subject:** RE: Entropic v. Charter - In re Subpoenas to Vantiva USA LLC, Case No. 1:23-mi-00071-WMR-RDC (N.D. Ga.)

**CAUTION:** External email, exercise caution.

Dan,

Attached is Entropic's Motion to Compel Non-Party Compliance with Subpoenas directed to Vantiva USA LLC filed on 7/21/2023 in N.D. Ga., Case No. 1:23-mi-00071-WMR-RDC.

Please advise if you will accept service on behalf of Vantiva.

Thank you,

**Ketajh Brown**
Associate
K&L Gates LLP
70 W Madison Street
Suite 3100
Chicago IL 60602
Phone: +.312.807.4328
ketajh.brown@klgates.com
www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Ketajh.Brown@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Ketajh.Brown@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Ketajh.Brown@klgates.com.