IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| *In re Subpoena to*<br><br>VANTIVA USA LLC,<br><br>    *Respondent,*<br><br>    *v.*<br><br>ENTROPIC COMMUNICATIONS, LLC<br><br>    *Movant.* | MISCELLANEOUS ACTION NO.<br>1:23-mi-00071-WMR-RDC |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    *Plaintiff,*<br><br>    *v.*<br><br>CHARTER COMMUNICATIONS, INC., SPECTRUM ADVANCED SERVICES, LLC; AND SPECTRUM MANAGEMENT HOLDING COMPANY, LLC,<br><br>    *Defendants.* | CIVIL ACTION NO.<br>2:22-cv-00125-JRG<br>(Eastern District of Texas) |

**JOINT MOTION FOR EXTENSION OF TIME
FOR VANTIVA TO RESPOND TO ENTROPIC's MOTION TO COMPEL**

COME NOW, Petitioner Entropic Communications, LLC ("Entropic") and Respondent Vantiva USA, LLC ("Vantiva") (collectively "the Parties") and, after conferring on August 11, 2023, respectfully file this joint motion to extend the deadline

for Vantiva to respond to Entropic's Motion to Compel from August 14, 2023 to August 23, 2023.

In support of this joint Motion, the Parties respectfully state the following:

1. In a matter styled *Entropic Communications, LLC v. Charter Communications, Inc.*, No. 2:22-cv-00125-JRG (E.D. Tex.), Entropic served a subpoena *duces tecum* and subpoena *ad testificandum* on Vantiva on April 19, 2023.

2. On July 21, 2023, Entropic filed with this Court its Motion to Compel compliance with said Subpoena. *See generally* Doc. 1. Vantiva's current deadline to file its Response is August 14, 2023.

3. Responsive to Entropic's Subpoena and subsequent Motion to Compel, Vantiva produced responsive documents on August 10, 2023, and indicated to Entropic on August 11, 2023 that it had identified a witness to testify on Vantiva's behalf.

4. In light of this recent document production and witness identification, Vantiva requires additional time to adequately prepare and file their Response to Entropic's Motion to Compel. Prior to the filing of this Motion, the Parties consulted regarding such an extension, and Entropic consented to extension of the deadline for Vantiva to file its Response.

5. The extension of time requested herein is sought in good faith and not for the purpose of delay.

6. A proposed order granting the extension of time requests herein is submitted as Exhibit A.

WHEREFORE, the Parties respectfully request that the time for Vantiva to respond to Entropic's Motion to Compel be extended through and including August 23, 2023.

Respectfully submitted,

/s/ Daniel Huynh

Daniel Huynh
**Morris, Manning & Martin LLP**
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326
dhuynh@mmmlaw.com

/s/ Ketajh Brown

Ketajh Brown
(Admitted pro hac vice)
**K&L Gates LLP**
70 W. Madison Street
Suite 3300
Chicago, IL 60202
Phone: (312) 372-1121
ketajh.brown@klgates.com

John L. Lyon
(Ga Bar No. 833001)
**Thomas | Horstemeyer LLP**
3200 Windy Hill Road SE Suite 1600E
Atlanta, GA 30339
Phone: (770) 933-9500
Fax: (770) 951-0933
j.lyon@thip.law
*Attorneys for Movant*
*Entropic Communications, LLC*

Date: August 14, 2023

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| *In re Subpoena to* <br><br> VANTIVA USA LLC, <br><br>   *Respondent,* <br><br>   *v.* <br><br> ENTROPIC COMMUNICATIONS, LLC <br><br>   *Movant.* | MISCELLANEOUS ACTION NO. <br> 1:23-mi-00071-WMR-RDC |
| ENTROPIC COMMUNICATIONS, LLC, <br><br>   *Plaintiff,* <br><br>   *v.* <br><br> CHARTER COMMUNICATIONS, INC., SPECTRUM ADVANCED SERVICES, LLC; AND SPECTRUM MANAGEMENT HOLDING COMPANY, LLC, <br><br>   *Defendants.* | CIVIL ACTION NO. <br> 2:22-cv-00125-JRG <br> (Eastern District of Texas) |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2023, the foregoing *Joint Motion For Extension Of Time For Vantiva To Respond To Entropic's Motion To Compel* was filed with the Clerk of Court using the CM/ECF

4

system. I hereby certify that service has been effected by emailing the document to the following non-CM/ECF participants:

Daniel Huynh
**MORRIS, MANNING & MARTIN LLP**
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326
dhuynh@mmmlaw.com

Respectfully submitted,

/s/ Ketajh Brown

Ketajh Brown
(Admitted pro hac vice)
**K&L GATES LLP**
70 W. Madison Street
Suite 3300
Chicago, IL 60202
Phone: (312) 372-1121
ketajh.brown@klgates.com

John L. Lyon
(Ga Bar No. 833001)
**THOMAS | HORSTEMEYER LLP**
3200 Windy Hill Road SE Suite 1600E
Atlanta, GA 30339
Phone: (770) 933-9500
Fax: (770) 951-0933
j.lyon@thip.law

*Attorneys for Movant
Entropic Communications, LLC*

Date: August 14, 2023