IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff/Movant, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., *et al.*, <br><br> Defendants, <br><br> v. <br><br> VANTIVA USA LLC, <br><br> Respondent. | CIVIL ACTION NO. <br> 1:23-mi-00071-WMR-RDC |

## ORDER

Plaintiff/Movant Entropic Communications, LLC and Respondent Vantiva USA LLC have jointly moved to extend the deadline for Vantiva to respond to Entropic's pending Motion to Compel. (Doc. 8). For good cause shown, the motion is **GRANTED**. Vantiva shall respond to Entropic's Motion to Compel on or before **August 23, 2023**.

IT IS SO **ORDERED** on this 15th day of August 2023.

_____
REGINA D. CANNON
United States Magistrate Judge