**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| *In re Subpoena to*<br><br>VANTIVA USA LLC,<br><br>    *Respondent,*<br><br>    *v.*<br><br>ENTROPIC COMMUNICATIONS, LLC<br><br>    *Movant.* | MISCELLANEOUS ACTION NO.<br>1:23-mi-00071-WMR-RDC |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    *Plaintiff,*<br><br>    *v.*<br><br>CHARTER COMMUNICATIONS, INC.,<br>SPECTRUM ADVANCED SERVICES, LLC;<br>AND SPECTRUM MANAGEMENT HOLDING<br>COMPANY, LLC,<br><br>    *Defendants.* | CIVIL ACTION NO.<br>2:22-cv-00125-JRG<br>(Eastern District of Texas) |

**JOINT MOTION FOR SECOND EXTENSION OF TIME**
**FOR VANTIVA TO RESPOND TO ENTROPIC's MOTION TO COMPEL**

COME NOW, Petitioner Entropic Communications, LLC ("Entropic") and Respondent Vantiva USA, LLC ("Vantiva") (collectively "the Parties") and, after conferring on August 21, 2023, respectfully file this joint motion to extend the deadline

for Vantiva to respond to Entropic's Motion to Compel from August 23, 2023 to September 11, 2023.

In support of this joint Motion, the Parties respectfully state the following:

1.   In a matter styled *Entropic Communications, LLC v. Charter Communications, Inc.*, No. 2:22-cv-00125-JRG (E.D. Tex.), Entropic served a subpoena *duces tecum* and subpoena *ad testificandum* on Vantiva on April 19, 2023.

2.   On July 21, 2023, Entropic filed with this Court its Motion to Compel compliance with said Subpoena. *See generally* Doc. 1.

3.   On August 15, 2023 this Court entered an order granting the Parties' first motion to extend the deadline for Vantiva to respond to Entropic's Motion to Compel. Doc. 9. Vantiva's current deadline to file its Response is August 23, 2023. *Id.*

4.   Responsive to Entropic's Subpoena and subsequent Motion to Compel, Vantiva produced responsive documents on August 10, 2023, and indicated to Entropic on August 11, 2023 that it had identified a witness to testify on Vantiva's behalf.

5.   The Vantiva deposition was originally scheduled to take place on August 21, 2023, but due to a change in witness availability, the Parties have re-scheduled the deposition of Vantiva to occur on September 6, 2023.

6.    In light of this, Vantiva requires additional time to adequately prepare and file their Response to Entropic's Motion to Compel. Prior to the filing of this Motion, the Parties consulted regarding such an extension, and Entropic consented to extension of the deadline for Vantiva to file its Response.

7.    The extension of time requested herein is sought in good faith and not for the purpose of delay.

8.    A proposed order granting the extension of time requests herein is submitted as Exhibit A.

WHEREFORE, the Parties respectfully request that the time for Vantiva to respond to Entropic's Motion to Compel be extended through and including September 11, 2023.

[SIGNATURE PAGE FOLLOWS]

Date: August 23, 2023


Respectfully submitted,

/s/ Daniel Huynh

Daniel Huynh
**Morris, Manning & Martin LLP**
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326
dhuynh@mmmlaw.com

/s/ Ketajh Brown

Ketajh Brown
(Admitted pro hac vice)
**K&L Gates LLP**
70 W. Madison Street
Suite 3300
Chicago, IL 60202
Phone: (312) 372-1121
ketajh.brown@klgates.com

John L. Lyon
(Ga Bar No. 833001)
**Thomas | Horstemeyer LLP**
3200 Windy Hill Road SE Suite 1600E
Atlanta, GA 30339
Phone: (770) 933-9500
Fax: (770) 951-0933
j.lyon@thip.law
*Attorneys for Movant*
*Entropic Communications, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| *In re Subpoena to*<br><br>VANTIVA USA LLC,<br><br>    *Respondent,*<br><br>    *v.*<br><br>ENTROPIC COMMUNICATIONS, LLC<br><br>    *Movant.* | MISCELLANEOUS ACTION NO.<br>1:23-mi-00071-WMR-RDC |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    *Plaintiff,*<br><br>    *v.*<br><br>CHARTER COMMUNICATIONS, INC.,<br>SPECTRUM ADVANCED SERVICES, LLC;<br>AND SPECTRUM MANAGEMENT HOLDING<br>COMPANY, LLC,<br><br>    *Defendants.* | CIVIL ACTION NO.<br>2:22-cv-00125-JRG<br>(Eastern District of Texas) |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2023, the foregoing *Joint Motion For Extension Of Time For Vantiva To Respond To Entropic's Motion To Compel* was filed with the Clerk of Court using the CM/ECF

system. I hereby certify that service has been effected by emailing

the document to the following non-CM/ECF participants:

Daniel Huynh
**MORRIS, MANNING & MARTIN LLP**
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326
dhuynh@mmmlaw.com

Respectfully submitted,

*/s/ Ketajh Brown*
_____

Ketajh Brown
(Admitted pro hac vice)
**K&L GATES LLP**
70 W. Madison Street
Suite 3300
Chicago, IL 60202
Phone: (312) 372-1121
ketajh.brown@klgates.com

John L. Lyon
(Ga Bar No. 833001)
**THOMAS | HORSTEMEYER LLP**
3200 Windy Hill Road SE Suite 1600E
Atlanta, GA 30339
Phone: (770) 933-9500
Fax: (770) 951-0933
j.lyon@thip.law

*Attorneys for Movant*
*Entropic Communications, LLC*