# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| *In re Subpoena to* <br><br> VANTIVA USA LLC, <br><br>    *Respondent,* <br><br>    v. <br><br> ENTROPIC COMMUNICATIONS, LLC <br><br>    *Movant.* | MISCELLANEOUS ACTION NO. 1:23-mi-00071-WMR-RDC |
| ENTROPIC COMMUNICATIONS, LLC, <br><br>    *Plaintiff*, <br><br>    v. <br><br> CHARTER COMMUNICATIONS, INC., SPECTRUM ADVANCED SERVICES, LLC; AND SPECTRUM MANAGEMENT HOLDING COMPANY, LLC, <br><br>    *Defendants*. | CIVIL ACTION NO. 2:22-cv-00125-JRG (Eastern District of Texas) |

## [PROPOSED] ORDER

Upon consideration of the Joint Motion filed by the Parties for an extension of time for Vantiva USA LLC ("Vantiva") to reply to Entropic's Motion to Compel Compliance With a Subpoena *Duces Tecum* and Subpoena *Ad Testificandum* to Non-Party Vantiva USA LLC (Doc. 1), and for the good cause shown, it is hereby **ORDERED** that

the time for Vantiva to so respond is hereby extended through and including September 11, 2023.

DATED: _____

_____
The Honorable William M. Ray, II
United States District Court Judge