UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
(Atlanta Division)

| | |
|---|---|
| IN RE: MOTION TO COMPEL COMPLIANCE WITH SUBPOENA *DUCES TECUM* AND SUBPOENA *AD TESTIFICANDUM*<br><br>ENTROPIC COMMUNICATIONS, LLC<br><br>    Petitioner. | Case No.: 1:23-mi-00071-WMR-RDC |

### NOTICE OF WITHDRAWAL OF PETITIONER'S MOTION TO COMPEL

PLEASE TAKE NOTICE, that Petitioner, Entropic Communications, LLC, hereby withdraws its Motion to Compel Non-Party Compliance with a *Subpoena Duces Tecum* and *Subpoena Ad Testificandum* [ECF Dkt. No. 1] in the above-styled action.

Date: September 11, 2023

                                            Respectfully submitted,

                                            By:*/s/Ketajh Brown*
                                                  Ketajh Brown

**Thomas Horstemeyer**
3200 Windy Hill Road SE
Ste 1600E
Atlanta, GA 30339
Tel: 770-933-9500
j.lyon@thip.law

Ketajh Brown
**K&L GATES LLP**
70 W. Madison Street
Suite 3300
Chicago, IL 60202
312-372-1121
ketajh.brown@klgates.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true a correct copy of the foregoing Notice of Withdrawal of Petitioner's Motion to Compel Non-Party Compliance with a *Subpoena Duces Tecum* and *Subpoena Ad Testificandum* was served on September 11, 2023 on counsel for Respondent, Vantiva USA LLC, via email at the following:

Daniel Huynh
**Morris, Manning & Martin, LLP**
dhuynh@mmmlaw.com

*/s/ Ketajh Brown*